

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-18-00918-CV

**IN THE INTEREST OF Z.O.M.** and K.R.M., Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CI09446
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is hereby denied.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court